UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-cv-21374 Ungaro/O'Sullivan

SALZEDO OFFICE, LLC, a Florida
limited liability company,

    Plaintiff,

v.

FACCHINA CONSTRUCTION OF
FLORIDA, a Maryland limited liability
company,

    Defendant/Third-Party Plaintiff/
    Third Party Counter-Defendant,

v.

THE WINDOW GUYS OF FLORIDA,
INC., a Florida limited liability,

    Third-Party Defendant/Third-Party Counter-
    Plaintiff/Fourth Party Counter-Plaintiff,

v.

USA PLASTERING, LLC, COLOR FACTORY,
INC., GENERAL PROPERTY CONSTRUCTION,
CO., E.S. WINDOWS, INC., FACCHINA OR
KAUFMAN LYNN CONSTRUCTION, INC.,

    Fourth Party Defendants.
_____/

**ANSWER AND AFFIRMATIVE DEFENSES OF E.S. WINDOWS INC.[1]**

Fourth Party Defendant, E.S. WINDOWS, LLC, files its answer and affirmative defenses to the Fourth Party Complaint[2]:

---

[1] E.S. Windows, Inc., is not the proper party and has been inactive since 2016. The proper party is E.S. Windows. LLC and this answer and affirmative defenses is filed on its behalf.

[2] On September 11, 2018, this Court granted E.S. Windows motion to dismiss all counts of the Fourth Amended Complaint with the exception of Count XXV (Breach of Contract). [ECF No. 99]

**CASE NO. 1:18-cv-21374 Ungaro/O'Sullivan**

## PARTIES, JURISDICTION AND VENUE

1. The allegations in paragraph 1 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

2. The allegations in paragraph 2 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

3. The allegations in paragraph 3 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

4. The allegations in paragraph 4 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

5. The allegations in paragraph 5 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

6. The allegations in paragraph 6 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

7. Admitted.

8. The allegations in paragraph 8 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. E.S. Windows is without knowledge of the allegations in paragraph 15 of the Fourth Party Complaint and demands strict proof thereof.

## GENERAL FACTS

16. The allegations in paragraph 16 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

17. Admitted.

18. The allegations in paragraph 18 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

19. Admitted.

20. Admitted.

21. Admitted.

22. Admitted.

23. The allegations in paragraph 23 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

24. The allegations in paragraph 24 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

25. ???

26. Denied.

27. The allegations in paragraph 27 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

28. The allegations in paragraph 28 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

29. The allegations in paragraph 29 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

30. Denied.

31. The allegations in paragraph 31 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

**COUNT I – NEGLIGENCE**
**(USA)**

32. E.S. Windows restates and incorporates its response to the allegations contained in paragraphs 1 through 31 above as if fully set herein.

33. The allegations in paragraph 33 of the Fourth Party Complaint are not directed to

3

E.S. Windows and as such no response is required.

34. The allegations in paragraph 34 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

35. The allegations in paragraph 35 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

36. The allegations in paragraph 36 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

37. The allegations in paragraph 37 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

38. The allegations in paragraph 38 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

39. The allegations in paragraph 39 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

40. The allegations in paragraph 40 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

41. The allegations in paragraph 41 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

### COUNT II – COMMON LAW INDEMNITY
### (USA)

42. E.S. Windows restates and incorporates its response to the allegations contained in paragraphs 1 through 31 above as if fully set herein.

43. The allegations in paragraph 43 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

44. The allegations in paragraph 44 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

45. The allegations in paragraph 45 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

46. The allegations in paragraph 46 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

47. The allegations in paragraph 47 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

## COUNT III – EQUITABLE SUBROGATION
### (USA)

48. E.S. Windows restates and incorporates its response to the allegations contained in paragraphs 1 through 31 above as if fully set herein.

49. The allegations in paragraph 49 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

50. The allegations in paragraph 50 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

51. The allegations in paragraph 51 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

52. The allegations in paragraph 52 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

53. The allegations in paragraph 53 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

## COUNT IV – STATUTORY CONTRIBUTION
### (USA)

54. E.S. Windows restates and incorporates its response to the allegations contained in paragraphs 1 through 31 above as if fully set herein.

55. The allegations in paragraph 55 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

56. The allegations in paragraph 56 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

57. The allegations in paragraph 57 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

58. The allegations in paragraph 58 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

## COUNT V – EQUITABLE CONTRIBUTION
## (USA)

59. E.S. Windows restates and incorporates its response to the allegations contained in paragraphs 1 through 31 above as if fully set herein.

60. The allegations in paragraph 60 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

61. The allegations in paragraph 61 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

62. The allegations in paragraph 62 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

63. The allegations in paragraph 63 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

## COUNT VI – NEGLIGENCE
## (COLOR)

64. E.S. Windows restates and incorporates its response to the allegations contained in paragraphs 1 through 31 above as if fully set herein.

65. The allegations in paragraph 65 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

66. The allegations in paragraph 66 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

67. The allegations in paragraph 67 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

68. The allegations in paragraph 68 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

69. The allegations in paragraph 69 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

70. The allegations in paragraph 70 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

71. The allegations in paragraph 71 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

72. The allegations in paragraph 72 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

73. The allegations in paragraph 73 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

### COUNT VII – COMMON LAW INDEMNITY
### (COLOR)

74. E.S. Windows restates and incorporates its response to the allegations contained in paragraphs 1 through 31 above as if fully set herein.

75. The allegations in paragraph 75 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

76. The allegations in paragraph 76 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

77. The allegations in paragraph 77 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

78. The allegations in paragraph 78 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

79. The allegations in paragraph 79 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

### COUNT VIII – EQUITABLE SUBROGATION
### (COLOR)

80. E.S. Windows restates and incorporates its response to the allegations contained in paragraphs 1 through 31 above as if fully set herein.

81. The allegations in paragraph 81 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

82. The allegations in paragraph 82 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

83. The allegations in paragraph 83 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

84. The allegations in paragraph 84 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

85. The allegations in paragraph 85 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

## COUNT IX – STATUTORY CONTRIBUTION
## (COLOR)

86. E.S. Windows restates and incorporates its response to the allegations contained in paragraphs 1 through 31 above as if fully set herein.

87. The allegations in paragraph 87 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

88. The allegations in paragraph 88 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

89. The allegations in paragraph 89 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

90. The allegations in paragraph 90 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

## COUNT X – EQUITABLE CONTRIBUTION
## (COLOR)

91. E.S. Windows restates and incorporates its response to the allegations contained in paragraphs 1 through 31 above as if fully set herein.

92. The allegations in paragraph 92 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

93. The allegations in paragraph 93 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

94. The allegations in paragraph 94 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

95. The allegations in paragraph 95 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

## COUNT XI – NEGLIGENCE
## (GENERAL)

96. E.S. Windows restates and incorporates its response to the allegations contained in paragraphs 1 through 31 above as if fully set herein.

97. The allegations in paragraph 97 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

98. The allegations in paragraph 98 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

99. The allegations in paragraph 99 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

100. The allegations in paragraph 100 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

101. The allegations in paragraph 101 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

102. The allegations in paragraph 102 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

103. The allegations in paragraph 103 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

104. The allegations in paragraph 104 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

105. The allegations in paragraph 105 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

## **COUNT XII – COMMON LAW INDEMNITY**
### **(GENERAL)**

106. E.S. Windows restates and incorporates its response to the allegations contained in paragraphs 1 through 31 above as if fully set herein.

107. The allegations in paragraph 107 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

108. The allegations in paragraph 108 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

109. The allegations in paragraph 109 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

110. The allegations in paragraph 110 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

111. The allegations in paragraph 111 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

## **COUNT XIII – EQUITABLE SUBROGATION**
### **(GENERAL)**

112. E.S. Windows restates and incorporates its response to the allegations contained in paragraphs 1 through 31 above as if fully set herein.

113. The allegations in paragraph 113 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

114. The allegations in paragraph 114 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

115. The allegations in paragraph 115 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

116. The allegations in paragraph 116 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

117. The allegations in paragraph 117 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

### COUNT XV – STATUTORY CONTRIBUTION
### (GENERAL)

118. E.S. Windows restates and incorporates its response to the allegations contained in paragraphs 1 through 31 above as if fully set herein.

119. The allegations in paragraph 119 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

120. The allegations in paragraph 120 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

121. The allegations in paragraph 121 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

122. The allegations in paragraph 122 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

### COUNT XV – EQUITABLE CONTRIBUTION
### (GENERAL)

123. E.S. Windows restates and incorporates its response to the allegations contained in paragraphs 1 through 31 above as if fully set herein.

124. The allegations in paragraph 124 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

125. The allegations in paragraph 125 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

126. The allegations in paragraph 126 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

127. The allegations in paragraph 127 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

### COUNT XVI – NEGLIGENCE
### (E.S. Windows)

128. This Count has been dismissed by the Court. [ECF No. 99].

129. This Count has been dismissed by the Court. [ECF No. 99].

130. This Count has been dismissed by the Court. [ECF No. 99].

131. This Count has been dismissed by the Court. [ECF No. 99].

132. This Count has been dismissed by the Court. [ECF No. 99].

133. This Count has been dismissed by the Court. [ECF No. 99].

134. This Count has been dismissed by the Court. [ECF No. 99].

## COUNT XVII – COMMON LAW INDEMNITY
## (E.S. Windows)

135. This Count has been dismissed by the Court. [ECF No. 99].

136. This Count has been dismissed by the Court. [ECF No. 99].

137. This Count has been dismissed by the Court. [ECF No. 99].

138. This Count has been dismissed by the Court. [ECF No. 99].

139. This Count has been dismissed by the Court. [ECF No. 99].

140. This Count has been dismissed by the Court. [ECF No. 99].

141. This Count has been dismissed by the Court. [ECF No. 99].

## COUNT XVIII – COMMON LAW INDEMNITY
## (E.S. Windows)

142. This Count has been dismissed by the Court. [ECF No. 99].

143. This Count has been dismissed by the Court. [ECF No. 99].

144. This Count has been dismissed by the Court. [ECF No. 99].

145. This Count has been dismissed by the Court. [ECF No. 99].

146. This Count has been dismissed by the Court. [ECF No. 99].

147. This Count has been dismissed by the Court. [ECF No. 99].

## COUNT XIX – STATUTORY CONTRIBUTION
## (E.S. Windows)

148. This Count has been dismissed by the Court. [ECF No. 99].

149. This Count has been dismissed by the Court. [ECF No. 99].

150. This Count has been dismissed by the Court. [ECF No. 99].

151. This Count has been dismissed by the Court. [ECF No. 99].

152. This Count has been dismissed by the Court. [ECF No. 99].

## COUNT XVIII – EQUITABLE CONTRIBUTION
### (E.S. Windows)

153.  This Count has been dismissed by the Court.  [ECF No. 99].

154.  This Count has been dismissed by the Court.  [ECF No. 99].

155.  This Count has been dismissed by the Court.  [ECF No. 99].

156.  This Count has been dismissed by the Court.  [ECF No. 99].

157.  This Count has been dismissed by the Court.  [ECF No. 99].

## COUNT XXI – BREACH OF IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE
### (E.S. Windows)

158.  This Count has been dismissed by the Court.  [ECF No. 99].

159.  This Count has been dismissed by the Court.  [ECF No. 99].

160.  This Count has been dismissed by the Court.  [ECF No. 99].

161.  This Count has been dismissed by the Court.  [ECF No. 99].

162.  This Count has been dismissed by the Court.  [ECF No. 99].

## COUNT XXII – STRICT LIABILITY
### (E.S. Windows)

163.  This Count has been dismissed by the Court.  [ECF No. 99].

164.  This Count has been dismissed by the Court.  [ECF No. 99].

165.  This Count has been dismissed by the Court.  [ECF No. 99].

166.  This Count has been dismissed by the Court.  [ECF No. 99].

167.  This Count has been dismissed by the Court.  [ECF No. 99].

168.  This Count has been dismissed by the Court.  [ECF No. 99].

169.  This Count has been dismissed by the Court.  [ECF No. 99].

170.  This Count has been dismissed by the Court.  [ECF No. 99].

## COUNT XXIII – BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY
### (E.S. Windows)

171.  This Count has been dismissed by the Court.  [ECF No. 99].

172. This Count has been dismissed by the Court. [ECF No. 99].

173. This Count has been dismissed by the Court. [ECF No. 99].

174. This Count has been dismissed by the Court. [ECF No. 99].

175. This Count has been dismissed by the Court. [ECF No. 99].

176. This Count has been dismissed by the Court. [ECF No. 99].

### COUNT XXIV – BREACH OF § 672.314, FLORIDA STATUTES
### (E.S. Windows)

177. This Count has been dismissed by the Court. [ECF No. 99].

178. This Count has been dismissed by the Court. [ECF No. 99].

179. This Count has been dismissed by the Court. [ECF No. 99].

180. This Count has been dismissed by the Court. [ECF No. 99].

181. This Count has been dismissed by the Court. [ECF No. 99].

182. This Count has been dismissed by the Court. [ECF No. 99].

183. This Count has been dismissed by the Court. [ECF No. 99].

184. This Count has been dismissed by the Court. [ECF No. 99].

### COUNT XXV – BREACH OF CONTRACT
### (E.S. Windows)

185. E.S. Windows restates and incorporates its response to the allegations contained in paragraphs 1 through 31 above as if fully set herein.

186. The allegations of paragraph 186 of the Fourth Amended Complaint are a legal conclusion, thus no response is required. To the extent a response is required, E.S. Windows denies that TWG is entitled to any relief.

187. Admitted.

188. Denied.

189. Denied.

### COUNT XXVI - NEGLIGENCE
### (KAUFMAN LYNN)

190. E.S. Windows restates and incorporates its response to the allegations contained

in paragraphs 1 through 31 above as if fully set herein.

191. The allegations in paragraph 191 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

192. The allegations in paragraph 192 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

193. The allegations in paragraph 193 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

194. The allegations in paragraph 194 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required

195. The allegations in paragraph 195 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

196. The allegations in paragraph 196 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

197. The allegations in paragraph 197 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required

198. The allegations in paragraph 198 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

199. The allegations in paragraph 199 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

### COUNT XXVII - COMMON LAW INDEMNITY
### (KAUFMAN LYNN)

200. E.S. Windows restates and incorporates its response to the allegations contained in paragraphs 1 through 31 above as if fully set herein.

201. The allegations in paragraph 201 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

202. The allegations in paragraph 202 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

203. The allegations in paragraph 203 of the Fourth Party Complaint are not directed to

E.S. Windows and as such no response is required.

204. The allegations in paragraph 204 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required

205. The allegations in paragraph 205 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

### COUNT XXVIII - EQUITABLE SUBROGATION
### (KAUFMAN LYNN)

206. The allegations in paragraph 206 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

207. The allegations in paragraph 207 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required

208. The allegations in paragraph 208 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

209. The allegations in paragraph 209 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

210. The allegations in paragraph 210 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

211. The allegations in paragraph 211 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

### COUNT XXIX - STATUTORY CONTRIBUTION
### (KAUFMAN LYNN)

212. The allegations in paragraph 212 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

213. The allegations in paragraph 213 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required

214. The allegations in paragraph 214 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

215. The allegations in paragraph 215 of the Fourth Party Complaint are not directed to

E.S. Windows and as such no response is required.

216. The allegations in paragraph 216 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

### COUNT XXX - EQUITABLE CONTRIBUTION
### (KAUFMAN LYNN)

217. The allegations in paragraph 217 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

218. The allegations in paragraph 218 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required

219. The allegations in paragraph 219 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

220. The allegations in paragraph 220 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

221. The allegations in paragraph 221 of the Fourth Party Complaint are not directed to E.S. Windows and as such no response is required.

### AFFIRMATIVE DEFENSES

E.S. Windows, as and for its affirmative defenses to the Count XXV – breach of contract of the Fourth Amended Complaint, states:

### First Affirmative Defense

As and for its first affirmative defense, E.S. Windows states that any alleged damages, if any, were caused or contributed to, directly and proximately, in whole or in part, by the negligence, fault, acts, breaches, omissions or other wrongful conduct of other persons or entities over whom E.S. Windows had no dominion or control and for whose actions E.S. Windows is not liable.

### Second Affirmative Defense

As and for its second affirmative defense, E.S. Windows states that should it be held liable to TWG, which liability is denied, E.S. Windows is entitled to a reduction of the award in

the amount of any sums of money received or available from or on behalf of any party for the damages alleged, and a set-off for all amounts paid to or for the benefit of TWG and/or Plaintiff from any collateral sources.

### Third Affirmative Defense

As and for its third affirmative defense, E.S. Windows states that TWG failed to mitigate its damages, if any.

### Fourth Affirmative Defense

As and for its fourth affirmative defense, E.S. Windows states that TWG's damages, if any, are the result of TWG's own negligence and not the fault or responsibility of E.S. Windows.

E.S. Windows reserves the right to plead additional affirmative defenses that subsequently become known.

WHEREFORE, Fourth Party Defendant, E.S. WINDOWS, LLC, respectfully requests that this Court enter an order dismissing the Fourth Party Complaint [ECF No. 52] and awarding such further relief deemed just and proper.

Dated: September 13, 2018

    Respectfully submitted,

**SAUL EWING ARNSTEIN & LEHR LLP**
*Counsel for E.S. Windows, Inc.*
200 South Biscayne Boulevard, Suite 3600
Miami, Florida 33131-2395
Telephone: (305) 428-4500
Facsimile: (305) 374-4744
Email:    Phil.Hudson@saul.com
Email:    Hilda.Piloto@saul.com
Email:    Aida.McLaughlin@saul.com

By: /s/ Hilda Piloto
    Phillip M. Hudson III
    Florida Bar No. 518743
    Hilda Piloto
    Florida Bar No. 0154120

**CASE NO. 1:18-cv-21374 Ungaro/O'Sullivan**

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF System this 13th day of September, 2018 on all parties listed to receive electronic notice in this case.

/s/ Hilda Piloto
Hilda Piloto